```
 1 │ THOMAS P. O'BRIEN
   │ United States Attorney
 2 │ LEON W. WEIDMAN                                              JS-6
   │ Assistant United States Attorney
 3 │ Chief, Civil Division
   │ MARCUS M. KERNER
 4 │ California State Bar No. 107014
   │ Assistant United States Attorney
 5 │      411 West Fourth Street, Suite 8000
   │      Santa Ana, CA 92701
 6 │      Telephone: (714) 338-3532
   │      Facsimile: (714) 338-3523
 7 │      E-mail   : marcus.kerner@usdoj.gov
   │
 8 │ Attorneys for Defendant,
   │ Michael J. Astrue, Commissioner of
 9 │ Social Security
```

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | | |
|---|---|---|
| SHIRLEY J. MORSE, | ) | No. CV 07-4890-AN |
| | ) | |
| Plaintiff, | ) | JUDGMENT OF REMAND |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having received and approved Stipulation to Voluntary Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered remanding this action to the Commissioner of Social Security for further action consistent with the Stipulation for Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) lodged concurrent with the lodging of the within Judgment.

DATED: April 17, 2008            /s/    ARTHUR NAKAZATO
                                 UNITED STATES MAGISTRATE JUDGE